Certificate Number: 15111-PAM-DE-033874756

Bankruptcy Case Number: 19-04663


15111-PAM-DE-033874756

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2019</u>, at <u>3:51</u> o'clock <u>PM EST</u>, <u>Mayra Ruiz</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 27, 2019</u>

By: <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>