IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| | |
|---|---|
| In re Mayra Ruiz<br>aka Mayra Belen Ruiz<br>aka Mayra B Ruiz,<br><br>　　　　Debtor.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br><br>　　　　Movant,<br><br>　　vs.<br><br>Mayra Ruiz<br>aka Mayra Belen Ruiz<br>aka Mayra B Ruiz<br><br>　　　　Debtor.<br><br>John J. Martin,<br><br>　　　　Trustee. | CASE NO. 5:19-bk-04663-RNO<br><br>CHAPTER 7 |

**WITHDRAWAL OF ANSWER TO MOTION
FOR RELIEF FROM AUTOMATIC STAY**

Mayra Ruiz, by and through her undersigned counsel, hereby respectfully withdraws the answer to the Motion for Relief from Automatic Stay filed earlier in the case.

Respectfully submitted,

STEVEN R. SAVOIA, Attorney at Law

　　/s/ Steven R. Savoia
Attorney ID #92253
621 Ann Street; P.O. Box 263
Stroudsburg, Pennsylvania 18360
(570) 972-2060; Fax (570) 338-3499
Attorney for Debtor, Mayra Ruiz