```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-04663-RNO
Mayra Ruiz                                                      Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 1         Date Rcvd: Feb 28, 2020
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
db            +Mayra Ruiz,    1002 Ramstan Drive,    Stroudsburg, PA 18360-1165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
        bkgroup@kmllawgroup.com
        John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
        Steven R Savoia    on behalf of Debtor 1 Mayra Ruiz    ssavoia@ptd.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mayra Ruiz,<br>aka Mayra Belen Ruiz, aka Mayra B Ruiz, | Chapter 7 |
| **Debtor 1** | Case No. 5:19−bk−04663−RNO |

Social Security No.:
    xxx−xx−1535

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

| | |
|---|---|
| Dated: February 27, 2020 | BY THE COURT<br>By the Court,<br><br>*/s/ Robt N. Opel II*<br><br>Honorable Robert N. Opel, II<br>United States Bankruptcy Judge<br>By: AutoDocketer, Deputy Clerk |

**fnldecac** (05/18)